UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL CHOE,

                  Plaintiff,

      -v-

LANDRY'S INC.,

                  Defendant.

20-CV-8939 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    This case was removed from New York Supreme Court, New York County, on October 26, 2020.  Counsel for the plaintiff is directed to file an appearance with this Court no later than November 26, 2020.

    Counsel for the defendant shall serve a copy of this order on counsel for the plaintiff by November 16, 2020.

    SO ORDERED.

Dated: November 2, 2020
       New York, New York

_____
J. PAUL OETKEN
United States District Judge