UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL CHOE,

                Plaintiff,

      -v-

LANDRY'S INC.,

                Defendant.

20-CV-8939 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    This action was removed from the Supreme Court of the State of New York, County of New York, on October 27, 2020. (*See* Dkt. No. 3.) On November 20, 2020, Defendant filed a motion to dismiss and compel arbitration. (Dkt. No. 9.) Four days later, Plaintiff stated that he would not be opposing Defendant's motion and agreed to "arbitrate this matter in accordance with the purported arbitration agreement." (Dkt. No. 12.)

    The Court therefore grants Defendant's motion to dismiss in favor of arbitration. The Clerk of Court is directed to close the motion at Docket Number 9 and to close this case.

    SO ORDERED.

Dated: February 1, 2021
       New York, New York

                                                  J. PAUL OETKEN
                                            United States District Judge