**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
MICHAEL CHOE,

                Plaintiff,

-against-                                20 **CIVIL** 8939 (JPO)

**JUDGMENT**

LANDRY'S INC.,

                Defendant.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated February 1, 2021, Defendant's motion to dismiss in favor of arbitration is granted; accordingly, this case is closed.

**Dated:**  New York, New York

       February 2, 2021

                                               **RUBY J. KRAJICK**

                                               **Clerk of Court**
                         **BY:**      K. Mango

                                               **Deputy Clerk**